# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., <br> Plaintiff, <br> v. <br> CORCEPT THERAPEUTICS, INC., et al., <br> Defendants. | Case No. 24-cv-03567-BLF <br><br> **ORDER GRANTING WITH MODIFICATIONS STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** <br><br> [Re: ECF No. 26] |

The Court has reviewed the parties' stipulation to extend the time in which Defendants are to respond to the complaint and the parties' proposed briefing schedule on any responsive motions. Although the Court finds good cause to extend certain deadlines, it finds that the proposed briefing schedule is too generous to the parties. The Court wishes to hear oral argument on the motion in early December. Accordingly, the Court hereby SETS the following deadlines:

1. Defendants' Response:     August 26, 2024
2. Plaintiff's Opposition:    October 18, 2024
3. Defendants' Reply:         November 12, 2024

Upon filing any responsive motion, Defendants SHALL contact the Court's Courtroom Deputy Clerk and request a hearing in early December.

**IT IS SO ORDERED.**

Dated: July 11, 2024

_____
BETH LABSON FREEMAN
United States District Judge