United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., Plaintiff, v. CORCEPT THERAPEUTICS, INC., et al., Defendants. | Case No. 24-cv-03567-BLF **ORDER TERMINATING MOTIONS TO DISMISS AND MOTIONS TO STAY DISCOVERY AS MOOT: AND VACATING HEARINGS** [Re: ECF Nos. 34, 35, 36, 37] |

Defendants' motions to dismiss (ECF Nos. 34, 36) and motions to stay discovery pending resolution of Defendants' motions to dismiss (ECF Nos. 35, 37) filed August 26 are hereby TERMINATED AS MOOT in light of Plaintiff's filing of a first amended complaint (ECF No. 39) on September 13, 2024. *See* Fed. R. Civ. P. 15(a)(1)(B) (permitting a plaintiff to amend once as a matter of course within 21 days after service of a Rule 12(b) motion). The hearings on the motions to dismiss and motions to stay discovery, previously scheduled for December 5, 2024, are VACATED. The parties are advised that the page limits for any future Motion to Dismiss shall be twenty-five (25) pages for the motion or opening brief, shared by all Defendants, twenty-five (25) pages for the Plaintiff's opposition or response brief, and fifteen (15) pages for the reply brief, shared by all Defendants. *See* Standing Order re Civil Cases § IV.A.

**IT IS SO ORDERED.**

Dated: September 16, 2024

_____
BETH LABSON FREEMAN
United States District Judge