**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Robert W. Stone (Bar No. 163513)
  robertstone@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:    (650) 801-5000
Fax:             (650) 801-5100

Adam B. Wolfson (Bar No. 262125)
  adamwolfson@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    (415) 875-6600
Fax:             (415) 875-6700

*Attorneys for Defendant Corcept Therapeutics, Inc.*

[Additional Counsel Listed On Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., | Case No. 5:24-cv-03567-BLF |
| Plaintiff, | Honorable Beth Labson Freeman |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND SET RESPONSIVE BRIEFING SCHEDULE** |
| CORCEPT THERAPEUTICS, INC., et al., | |
| Defendants. | |

# JOINT STIPULATION

Pursuant to Civil Local Rule 6-1(b) and 6-2, Defendants Corcept Therapeutics, Inc. and Optime Care Inc. (collectively, "Defendants") and Plaintiff Teva Pharmaceuticals USA, Inc. ("Plaintiff") by and through their counsel of record, hereby stipulate as follows:

WHEREAS, on June 13, 2024, Plaintiff filed the above-captioned case against Defendants;

WHEREAS, on June 27, 2024, Plaintiff served the summons and complaint on Defendants;

WHEREAS, on July 11, 2024, the Court set the following deadlines for motion to dismiss briefing: Defendants' Response on August 26, 2024; Plaintiff's Opposition on October 18, 2024; Defendants' Reply on November 12, 2024;

WHEREAS, on August 26, 2024, Defendants each filed a motion to dismiss;

WHEREAS, on September 13, 2024, Plaintiff filed the first amended complaint;

WHEREAS, on September 16, 2024, the Court terminated the Defendants' motions to dismiss as moot in light of Plaintiff's filing of a first amended complaint;

WHEREAS, Defendants' current deadline to respond to the first amended complaint is September 27, 2024;

WHEREAS, the parties wish to set a briefing schedule regarding Defendants' anticipated new motions to dismiss;

WHEREAS, Plaintiff and Defendants agree that the parties would benefit from additional time to prepare their respective briefs and thereby agree that good cause exists to modify the briefing schedule from the default deadlines provided by Civil Local Rule 7-3;

WHEREAS, the parties have conferred over and agree to the following briefing schedule:

- **Responses to Complaint**: Defendants shall have until October 14, 2024, to respond to Plaintiff's complaint;
- **Plaintiff's Oppositions**: Plaintiff shall have until November 13, 2024, to oppose or otherwise respond to Defendants' anticipated responsive motions; and
- **Defendants' Replies**: Defendants shall have until November 27, 2024, to reply to Plaintiff's anticipated opposition papers.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that:

1. Defendants shall have until October 14, 2024, to respond to Plaintiff's complaint;
2. Plaintiff shall have until November 13, 2024, to oppose or otherwise respond to Defendants' anticipated responsive motions; and
3. Defendants shall have until November 27, 2024, to reply to Plaintiff's anticipated opposition papers.

IT IS SO STIPULATED.

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The briefing schedule on Defendants' motion to dismiss is modified as follows:

1. Defendants shall have until October 14, 2024, to respond to Plaintiff's complaint;
2. Plaintiff shall have until November 13, 2024, to oppose or otherwise respond to Defendants' anticipated responsive motions; and
3. Defendants shall have until November 27, 2024, to reply to Plaintiff's anticipated opposition papers.

DATED: _____        _____
                                      The Honorable Beth Labson Freeman
                                      United States District Judge

1  DATED: September 17, 2024

4  By  */s/ Michael Shipley*
     Michael Shipley (SBN 233674)
     KIRKLAND & ELLIS LLP
     555 South Flower Street, 37th Floor
     Los Angeles, California 90071
     Tel: (213) 680-8400
     michael.shipley@kirkland.com

     Devora W. Allon, P.C. (*Pro Hac Vice*)
     Kevin M. Neylan, Jr. (*Pro Hac Vice*)
     KIRKLAND & ELLIS LLP
     601 Lexington Avenue
     New York, NY 10022
     (212) 446 5967
     devora.allon@kirkland.com
     kevin.neylan@kirkland.com

     *Attorneys for Plaintiff*
     *Teva Pharmaceuticals USA, Inc.*

1 | DATED: September 17, 2024

By  */s/ Robert W. Stone*
QUINN EMANUEL URQUHART & SULLIVAN, LLP

Robert W. Stone (Bar No. 163513)
  robertstone@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:  (650) 801-5000
Fax:             (650) 801-5100

Adam B. Wolfson (Bar No. 262125)
  adamwolfson@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:  (415) 875-6600
Fax:             (415) 875-6700

Steig D. Olson (*Pro Hac Vice*)
  steigolson@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:  (212) 849-7000
Fax:             (212) 849-7100

*Attorneys for Defendant Corcept Therapeutics, Inc.*

1  DATED: September 17, 2024

3                                                    By   */s/ Justin J. Fields*
4                                                       Justin J. Fields (Bar No. 259491)
                                                           jfields@duanemorris.com
5                                                       **DUANE MORRIS LLP**
                                                        Spear Tower
6                                                       One Market Plaza, Suite 2200
7                                                       San Francisco, CA 94105-1127
                                                        Telephone: +1 415 957 3000
8                                                       Facsimile: +1 415 957 3001

9                                                       Lucas C. Wohlford (*Pro Hac Vice*)
                                                           lwohlford@duanemorris.com
10                                                      **DUANE MORRIS LLP**
11                                                      100 Crescent Court, Suite 1200
                                                        Dallas, Texas 75201
12                                                      Telephone: +1 214 257 7214
                                                        Facsimile:  +1 214 853 5271
13
14                                                      *Attorneys for Defendant Optime Care Inc.*

## CIVIL LOCAL RULE 5-1 ATTESTATION

I, Robert W. Stone, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the signatories listed above.

DATED:  September 18, 2024

By  */s/ Robert W. Stone*
Robert W. Stone

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of September 2024, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System, causing it to be electronically served on all attorneys of record.

By  */s/ Robert W. Stone*
Robert W. Stone