1  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
   Robert W. Stone (Bar No. 163513)
2    robertstone@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
3  Redwood Shores, California 94065
   Telephone:   (650) 801-5000
4  Fax:         (650) 801-5100

5  Adam B. Wolfson (Bar No. 262125)
     adamwolfson@quinnemanuel.com
6  50 California Street, 22nd Floor
   San Francisco, California 94111
7  Telephone:   (415) 875-6600
   Fax:         (415) 875-6700
8
   *Attorneys for Defendant Corcept Therapeutics, Inc.*
9

10                    **UNITED STATES DISTRICT COURT**

11                   **NORTHERN DISTRICT OF CALIFORNIA**

12                            **SAN JOSE DIVISION**

13

| | |
|---|---|
| 14  TEVA PHARMACEUTICALS USA, INC., | Case No. 5:24-cv-03567-BLF |
| 15            Plaintiff, | Honorable Beth Labson Freeman |
| 16       vs. | **DECLARATION OF ADAM WOLFSON IN SUPPORT OF DEFENDANTS' JOINT ADMINISTRATIVE MOTION TO RECIPROCALLY ENLARGE PAGE LIMITS FOR OMNIBUS MOTION TO DISMISS BRIEFING** |
| 17  CORCEPT THERAPEUTICS, INC., et al., | |
| 18            Defendants. | |

19
20
21
22
23
24
25
26
27
28

## DECLARATION OF ADAM WOLFSON

I, Adam Wolfson, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Corcept Therapeutics, Inc. ("Corcept"). I make this declaration based on my personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of Defendants' Joint Administrative Motion to Reciprocally Enlarge Page Limits for Omnibus Motion to Dismiss Briefing.

3. Defendants were unable to obtain a stipulation to their Administrative Motion from Plaintiff Teva Pharmaceutical USA, Inc. ("Teva").

4. On September 20, 2024, Corcept's counsel, via email, informed Teva that Defendants proposed an enlargement of the page limits for the briefing related to Defendants' forthcoming motion to dismiss that would be reciprocal and enlarge the pages for Teva's opposition by the same number of pages as Defendant's opening brief. On September 23, 2024, Teva's counsel responded that Teva would not join in a stipulation but that Defendants could represent that "Teva takes no position, except that Teva believes any expansion of the page limits should be mutual."

5. Based on past experience in this and numerous other antitrust cases, I believe that the legal arguments and authorities that Defendants—as separately represented parties with distinct claims and theories leveled against them—intend to present cannot be fully addressed in twenty-five (25) pages for an opening brief or in fifteen (15) pages for a reply brief. For that reason, Defendants seek a modest enlargement of page limits, which would also apply reciprocally to Teva's opposition brief.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on the 25th day of September, 2024 in Los Angeles, California.

_____
Adam Wolfson