1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., | Case No. 5:24-cv-03567-BLF |
| Plaintiff, | Honorable Beth Labson Freeman |
| vs. | **[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT ADMINISTRATIVE MOTION TO RECIPROCALLY ENLARGE PAGE LIMITS FOR OMNIBUS MOTION TO DISMISS BRIEFING** |
| CORCEPT THERAPEUTICS, INC., et al., | |
| Defendants. | |

1  Now before the Court is Defendants' Joint Administrative Motion to Reciprocally Enlarge
2  Page Limits for Omnibus Motion to Dismiss Briefing. Having reviewed the record, the arguments of
3  counsel, and the relevant authorities, the Court **GRANTS** Defendants' Motion and enlarges the pages
4  limits for briefing related to Defendants' forthcoming motion to dismiss as follows: (1) Defendants
5  shall have up to **thirty-five (35) pages** for their joint motion to dismiss brief; (2) Teva shall have up
6  to **thirty-five (35) pages** for its omnibus opposition brief; and (3) Defendants shall have up to **twenty**
7  **(20) pages** for their joint reply brief.

9  **IT IS SO ORDERED.**

12  Dated: _____, 2024

13  HONORABLE BETH LABSON FREEMAN
   UNITED STATES DISTRICT JUDGE