# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> CORCEPT THERAPEUTICS, INC., et al., <br><br> Defendants. | Case No. 24-cv-03567-BLF <br><br> **ORDER GRANTING IN PART THE PARTIES' REQUEST TO ENLARGE PAGE LIMITS, ALLOWING 30 PAGES FOR MOTION TO DISMISS AND OPPOSITION AND 18 PAGES FOR REPLY** <br><br> [Re: ECF 46] |

On September 25, 2024, Defendants filed their joint administrative motion to reciprocally enlarge page limits for omnibus motion to dismiss briefing. ECF 46. Should Defendants file motions to dismiss Plaintiffs' Amended Complaint, ECF 39, the page limits, regardless of the number of separate briefs filed, SHALL be as follows:

Defendants' motions to dismiss: 30 total pages or less

Plaintiff's opposition to the motions: 30 total pages or less

Defendants' reply briefs in support of their motions: 18 total pages or less

The parties are reminded that they may incorporate by reference arguments presented only in the current briefing before the Court. *See* Civil Standing Order § IV.D.

**IT IS SO ORDERED.**

Dated: September 27, 2024

_____
BETH LABSON FREEMAN
United States District Judge