United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., | Case No. 24-cv-03567-BLF |
| Plaintiff, | |
| v. | **ORDER DIRECTING PARTIES TO SUBMIT CHAMBERS COPIES** |
| CORCEPT THERAPEUTICS, INC., et al., | [Re: ECF 39, 49, 50, 65] |
| Defendants. | |

The Court has not yet received chambers copies of: 1) Plaintiff's Amended Complaint (ECF 39); 2) Plaintiff's Opposition/Response re Defendants' Motion to Stay Discovery Pending Resolution of Forthcoming Renewed Joint Motion to Dismiss (ECF 49); 3) Defendants' Reply re Defendants' Motion to Stay Discovery Pending Resolution of Forthcoming Renewed Joint Motion to Dismiss (ECF 50); and 4) Plaintiff's Opposition/Response re Defendants' Joint Motion to Dismiss Teva's First Amended Complaint with Prejudice (ECF 65). The Court ORDERS the parties to submit chambers copies of the above filings and their supporting exhibits and declarations in accordance with this Court's Standing Orders Re Civil Cases § IX **be received by the Court no later than November 18, 2024**. The parties are reminded to comply with § IX.C, which states that "[w]hen all or a portion of a filing has been sealed, the chambers copy of that filing *shall contain a complete set of unredacted briefs and exhibits*." Standing Order Re Civil Cases § IX.C (emphasis added).

**IT IS SO ORDERED.**

Dated: November 13, 2024

BETH LABSON FREEMAN
United States District Judge