#### UNITED STATES DISTRICT COURT

#### NORTHERN DISTRICT OF CALIFORNIA

#### SAN JOSE DIVISION

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., | Case No. 5:24-cv-03567-BLF |
| Plaintiff, | Honorable Beth Labson Freeman |
| vs. | **[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION FOR A PROTECTIVE ORDER REGARDING PLAINTIFF'S 33 NON-PARTY DOCUMENT SUBPOENAS** |
| CORCEPT THERAPEUTICS, INC., et al., | |
| Defendants. | |

1  Before the Court is Defendants Corcept Therapeutics, Inc.'s and Optime Care Inc.'s Joint
2  Motion for a Protective Order Regarding Plaintiff's 33 Non-Party Document Subpoenas ("Motion").
3  Having considered the Motion, the supporting documents filed therewith, and the arguments made by
4  counsel, **IT IS HEREBY ORDERED** that Defendants' Motion is **GRANTED**. Plaintiff must
5  withdraw its 33 non-party document subpoenas in full.
6
7  **IT IS SO ORDERED.**
8
9
10 Dated: _____, 2025
11                                                     HONORABLE BETH LABSON FREEMAN
12                                                     UNITED STATES DISTRICT JUDGE