**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Robert W. Stone (Bar No. 163513)
  robertstone@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:    (650) 801-5000
Fax:          (650) 801-5100

Adam B. Wolfson (Bar No. 262125)
  adamwolfson@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    (415) 875-6600
Fax:          (415) 875-6700

*Attorneys for Defendant Corcept Therapeutics, Inc.*

**DUANE MORRIS LLP**
Lucas C. Wohlford (admitted *Pro Hac Vice*)
100 Crescent Court, Suite 1200
Dallas, TX 75201
Telephone: +1 214 257 7200
Facsimile: +1 214 257 7201
E-Mail: lwohlford@duanemorris.com

*Attorney for Defendant Optime Care Inc.*

[Additional Counsel Listed On Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CORCEPT THERAPEUTICS, INC., et al., <br><br> Defendants. | Case No. 5:24-cv-03567-BLF <br><br> Honorable Beth Labson Freeman <br><br> **DEFENDANTS' NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF MOTION FOR PROTECTIVE ORDER REGARDING PLAINTIFF'S 33 NON-PARTY DOCUMENT SUBPOENAS** |

## NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF
## DEFENDANTS' MOTION FOR A PROTECTIVE ORDER (DKT. 71)

On January 30, 2025, Defendants Corcept Therapeutics, Inc. and Optime Care Inc. jointly filed a motion for a protective order regarding 33 non-party document subpoenas purportedly propounded by Plaintiff Teva Pharmaceuticals USA, Inc. *See* Dkt. 71. Defendants' motion was not noticed for any particular hearing date. Defendants noted that they were filing the motion before this Court out of an abundance of caution and to preserve their rights because January 30, 2025 was the potential objection deadline for at least some of the subpoenas, and, because as of that date, no Magistrate Judge had yet been named for discovery in this case. *Id.* at 1 n.1. Defendants indicated that upon the naming of a Magistrate Judge, Defendants would re-submit their motion to that Magistrate Judge in accordance with that Magistrate Judge's individual requirements for discovery disputes and briefs. *Id.* On February 3, 2025, this Court assigned discovery matters to Magistrate Judge DeMarchi. Accordingly, Defendants hereby withdraw their motion (Dkt. 71) without prejudice, and they will re-submit this dispute to Magistrate Judge DeMarchi to the extent required.

DATED: February 10, 2025

By:     */s/ Robert W. Stone*
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Robert W. Stone (Bar No. 163513)
  robertstone@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:   (650) 801-5000
Fax:          (650) 801-5100

Adam B. Wolfson (Bar No. 262125)
  adamwolfson@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:   (415) 875-6600
Fax:          (415) 875-6700

Steig D. Olson (admitted *pro hac vice*)
  steigolson@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:   (212) 849-7000
Fax:          (212) 849-7100

*Attorneys for Defendant Corcept Therapeutics, Inc.*

By:     */s/ Lucas C. Wohlford*
Lucas C. Wohlford (admitted *Pro Hac Vice*)
**DUANE MORRIS LLP**
100 Crescent Court, Suite 1200
Dallas, TX 75201
Telephone: +1 214 257 7200
Facsimile: +1 214 257 7201
E-Mail: lwohlford@duanemorris.com

Justin J. Fields (SBN 259491)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200 San Francisco, CA 94105-1127
Telephone: +1 415 957 3000
Facsimile: +1 415 957 3001
E-Mail: jfields@duanemorris.com

*Attorneys for Defendant Optime Care Inc.*

**CIVIL LOCAL RULE 5-1 ATTESTATION**

I, Robert W. Stone, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the signatories listed above.

DATED: February 10, 2025

By  */s/ Robert W. Stone*
Robert W. Stone

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of February 2025, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System, causing it to be electronically served on all attorneys of record.

By  */s/ Robert W. Stone*
Robert W. Stone