UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Teva Pharmaceuticals USA, Inc.

       Plaintiff(s)

v.

Corcept Therapeutics, Inc., et al.,

       Defendant(s)

CASE No C 5:24-cv-03567-BLF

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

**\*\*AS MODIFIED BY THE COURT\*\***

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ☒ **Private ADR** (*specify process and provider*)
  Private mediation to be conducted by a provider to be determined closer to the date.

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ☒ other requested deadline: September 15, 2026

Date: February 10, 2025

Date: February 10, 2025

Devora W. Allon
Attorney for Plaintiff

Robert W. Stone; Lucas C. Wohlford
Attorney for Defendant

☐ IT IS SO ORDERED.
☒ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:
 The Parties SHALL hold the ADR session on or before November 14, 2025.

DATE: February 10, 2025

*[signature]*
U.S. DISTRICT/MAGISTRATE JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-15-2019*