Michael Shipley (SBN 139582)
KIRKLAND & ELLIS LLP
555 South Flower Street, 37th Floor
Los Angeles, California 90071
Tel: (213) 680-8400
michael.shipley@kirkland.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| Teva Pharmaceuticals USA, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Corcept Therapeutics, Inc., and Optime Care Inc., <br><br> Defendants. | Case No. 5:24-cv-03567 <br><br> **DECLARATION OF MICHAEL SHIPLEY IN SUPPORT OF TEVA'S CASE MANAGEMENT STATEMENT** <br><br> Ctrm: 3 – 5th Floor <br> Judge: Honorable Beth Labson Freeman |

I, Michael Shipley, declare as follows:

1. I am attorney duly licensed to practice in the state of California. I am a partner at the law firm of Kirkland & Ellis LLP and counsel of record for Teva Pharmaceuticals USA, Inc. ("Teva") in the above-captioned matter. I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify hereto under oath.

2. I make this declaration in support of Teva's Case management Statement.

3. The Court's November 4, 2024 Case Management Order set a Further Case Management Conference for February 20, 2025, and ordered the Parties to submit a Case Management Statement on February 13, 2025. ECF No. 63.

4. Separately, the Defendants noticed their Joint Motion to Dismiss for a hearing on February 20, 2025. ECF No. 55.

5. On February 7, 2025, counsel for Teva shared a draft status report via email to counsel for Corcept Therapeutics, Inc. ("Corcept") and counsel for Optime Care Inc. ("Optime" and, together with Corcept, "Defendants").

6. On February 12, 2025, the Court continued the hearing on Defendants' Joint Motion to Dismiss to March 6, 2025. ECF No. 76. The Court's order did not expressly modify its prior Case Management Order or continue the Further Case Management Conference, set for February 20, 2025, nor did it modify the existing deadline for the Case Management Statement on February 13, 2025.

7. On February 12, 2025, having heard nothing from Defendants about their position statements, Teva followed up and asked Defendants to send their inserts to the Case Management Statement by 2:00 p.m. PT, so that the Parties would be in a position to finalize and file the Case Management Statement on February 13, 2025.

8. Corcept responded that it understood that the Court had continued the Case Management Conference from February 20 to March 6, 2025, along with the hearing on Defendants' Motion to Dismiss. Corcept stated that Defendants would provide their positions for the status report "in advance of that date."

9. Teva responded that it was not clear that the Court had continued the Case Management Conference, and regardless there was no reason for Defendants to withhold their position statements from Teva.

10. Corcept then emailed the Court's courtroom deputy to request confirmation about whether the Case Management Conference had been continued. The courtroom deputy has not responded to Corcept's inquiry. At the current time, Teva is thus unaware of any positive indication from the Court that the February 20, 2025 Case Management Conference, at which the parties have been ordered to appear, has been rescheduled to coincide with the continued hearing on Defendants' Motion to Dismiss.

11. Teva then followed up with Corcept and stated that Corcept's email to chambers demonstrated that it is unclear whether the Case Management Conference has been continued, and that the Court's November 4, 2024 Case Management Order had not been modified. Teva therefore reiterated its request that Defendants send their position statements for the Case Management Statement.

12. On February 13, 2025, Corcept responded, again refusing to provide Defendants' position statements and asserting that Defendants "will provide our responsive inserts well before February 27, which is the date the report is now due."

13. Teva responded, again stating that the Court's November 4, 2024 order had not been modified, and that the status quo is that the Case Management Statement is due today, February 13, 2025. Teva again repeated its request that Defendants send their position statements so that the Parties could file a joint report.

14. Corcept responded, again refusing to provide Defendants' position statements.

15. In an abundance of caution, Teva therefore submits a Separate Case Management Statement, in accordance with Civil Local Rule 16-9.

Dated: February 13, 2025          Respectfully submitted,

By: */s/ Michael Shipley*

Michael Shipley
KIRKLAND & ELLIS LLP
555 South Flower Street, 37th Floor
Los Angeles, California 90071
Tel: (213) 680-8400
michael.shipley@kirkland.com

3
DECLARATION OF MICHAEL SHIPLEY IN SUPPORT OF TEVA'S CASE MANAGEMENT STATEMENT
CASE NO. 5:24-cv-03567

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2025, I caused to be filed the foregoing document with the United States District Court for the Northern District of California using the CM/ECF system, and caused it to be served on all registered participants via notice of electronic filing.

/s/ Michael Shipley
Michael Shipley