UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CORCEPT THERAPEUTICS, INC., et al.,<br><br>Defendants. | Case No. 24-cv-03567-BLF<br><br>**ORDER CONTINUING FEBRUARY 20, 2025, CASE MANAGEMENT CONFERENCE TO MARCH 6, 2025** |

The Case Management Conference currently scheduled on February 20, 2025, is CONTINUED to March 6, 2025.

**IT IS SO ORDERED.**

Dated: February 14, 2025

_____
BETH LABSON FREEMAN
United States District Judge