**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Robert W. Stone (Bar No. 163513)
  robertstone@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:    (650) 801-5000
Fax:              (650) 801-5100

Adam B. Wolfson (Bar No. 262125)
  adamwolfson@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    (415) 875-6600
Fax:              (415) 875-6700

*Attorneys for Defendant Corcept Therapeutics, Incorporated*

**DUANE MORRIS LLP**
Lucas C. Wohlford (admitted *Pro Hac Vice*)
100 Crescent Court, Suite 1200
Dallas, TX 75201
Telephone: +1 214 257 7200
Facsimile: +1 214 257 7201
E-Mail: lwohlford@duanemorris.com

*Attorney for Defendant Optime Care Inc.*

[Additional Counsel Listed On Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CORCEPT THERAPEUTICS, INC., et al., <br><br> Defendants. | Case No. 5:24-cv-03567-NW <br><br> Honorable Noël Wise <br><br> **DEFENDANTS' NOTICE OF SUBMISSION OF PROPOSED STIPULATED PROTECTIVE ORDER** |

|   |   |
|---|---|
| 1 | On February 28, 2025, the parties submitted via joint letter brief a discovery dispute to Magistrate Judge DeMarchi concerning whether the stipulated protective order in this case should permit a party's designated in-house counsel access to "Highly Confidential" materials produced by another party in discovery.  *See* Dkt. 82.  The parties attached to their joint letter brief their respective proposed protective orders.  *See* Dkt. 82-1 (Teva's proposal); Dkt. 82-2 (Defendants' proposal).  On March 14, 2025, Judge DeMarchi entered an order adopting Defendants' proposed protective order without prejudice.  *See* Dkt. 87.  Judge DeMarchi's order provided that "Defendants shall promptly file their proposed form of protective order as a separate entry on the docket for signature by the Court."  *Id.* at 4.  Pursuant to that order, Defendants respectfully submit as an attachment to this filing their proposed form of the protective order.  Defendants' proposed protective order is materially the same as the version submitted as an attachment to the parties' discovery letter brief (Dkt. 82-2), but it makes minor, non-substantive typographical edits; a redline showing in tracked changes these edits from Defendants' prior version is also attached to this filing.  Concurrent with this filing, Defendants are also via email submitting to Judge DeMarchi's chambers a Microsoft Word version of their proposed form of protective order. |

1  DATED: March 17, 2025

2                                              By:       */s/ Robert W. Stone*
                                                  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

                                                  Robert W. Stone (Bar No. 163513)
                                                    robertstone@quinnemanuel.com
                                                  555 Twin Dolphin Drive, 5th Floor
                                                  Redwood Shores, California 94065
                                                  Telephone:    (650) 801-5000
                                                  Fax:          (650) 801-5100

                                                  Adam B. Wolfson (Bar No. 262125)
                                                    adamwolfson@quinnemanuel.com
                                                  50 California Street, 22nd Floor
                                                  San Francisco, California 94111
                                                  Telephone:    (415) 875-6600
                                                  Fax:          (415) 875-6700

                                                  Steig D. Olson (admitted *pro hac vice*)
                                                    steigolson@quinnemanuel.com
                                                  295 Fifth Avenue
                                                  New York, New York 10016
                                                  Telephone:    (212) 849-7000
                                                  Fax:          (212) 849-7100

                                                  *Attorneys for Defendant Corcept Therapeutics, Incorporated*

                                              By:
                                                        */s/ Lucas C. Wohlford*
                                                  Lucas C. Wohlford (admitted *Pro Hac Vice*)
                                                  **DUANE MORRIS LLP**
                                                  100 Crescent Court, Suite 1200
                                                  Dallas, TX 75201
                                                  Telephone: +1 214 257 7200
                                                  Facsimile: +1 214 257 7201
                                                  E-Mail: lwohlford@duanemorris.com

                                                  Justin J. Fields (SBN 259491)
                                                  **DUANE MORRIS LLP**
                                                  Spear Tower
                                                  One Market Plaza, Suite 2200 San Francisco, CA 94105-1127
                                                  Telephone: +1 415 957 3000
                                                  Facsimile: +1 415 957 3001
                                                  E-Mail: jfields@duanemorris.com

                                                  *Attorneys for Defendant Optime Care Inc.*

## CIVIL LOCAL RULE 5-1 ATTESTATION

I, Robert W. Stone, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the signatories listed above.

DATED: March 17, 2025

By  */s/ Robert W. Stone*
Robert W. Stone

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of March 2025, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System, causing it to be electronically served on all attorneys of record.

By  */s/ Robert W. Stone*
Robert W. Stone