| | |
|---|---|
| Michael Shipley (SBN 233674)<br>KIRKLAND & ELLIS LLP<br>555 South Flower Street, 37th Floor<br>Los Angeles, California 90071<br>Tel: (213) 680-8400<br>michael.shipley@kirkland.com | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Robert W. Stone (Bar No. 163513)<br>　robertstone@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone:　(650) 801-5000<br>Fax:　　　　(650) 801-5100 |
| Devora W. Allon, P.C. (*Pro Hac Vice*)<br>Kevin M. Neylan, Jr. (*Pro Hac Vice*)<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Tel: (212) 446-4800<br>devora.allon@kirkland.com<br>kevin.neylan@kirkland.com | *Attorneys for Defendant Corcept Therapeutics, Incorporated*<br><br>**DUANE MORRIS LLP**<br>Lucas C. Wohlford (admitted *Pro Hac Vice*)<br>100 Crescent Court, Suite 1200<br>Dallas, TX 75201<br>Telephone: +1 214 257 7200<br>Facsimile: +1 214 257 7201<br>E-Mail: lwohlford@duanemorris.com |
| *Attorneys for Plaintiff*<br>*Teva Pharmaceuticals USA, Inc.* | *Attorney for Defendant Optime Care Inc.*<br><br>[Additional Counsel Listed On Signature Page] |

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| Teva Pharmaceuticals USA, Inc.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Corcept Therapeutics, Inc., and Optime Care Inc.,<br><br>　　　　　Defendants. | Case No. 5:24-cv-03567-NW<br><br>**JOINT NOTICE OF DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

PLEASE TAKE NOTICE that pursuant to the Court's order dated March 10, 2025, the parties met and conferred on March 19, 2025 to discuss their consent to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. ECF No. 86. This case has been referred to United States Magistrate Judge Virginia K. DeMarchi for discovery. ECF No. 72. Pursuant to the parties' meet and confer, and in accordance with the provisions of 28 U.S.C. § 636(c), the parties jointly decline to have a United States Magistrate Judge conduct all further proceedings in this case and hereby request that this case remain assigned to a United States District Judge for matters other than discovery.

Dated: March 21, 2025

Respectfully submitted,

/s/ Michael Shipley
Michael Shipley
KIRKLAND & ELLIS LLP
555 South Flower Street, 37th Floor
Los Angeles, California 90071
Tel: (213) 680-8400
michael.shipley@kirkland.com

Devora W. Allon, P.C.
Kevin M. Neylan, Jr.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446 5967
devora.allon@kirkland.com
kevin.neylan@kirkland.com

*Attorneys for Plaintiff*
*Teva Pharmaceuticals USA, Inc.*

/s/ Robert W. Stone
QUINN EMANUEL URQUHART & SULLIVAN, LLP

Robert W. Stone (Bar No. 163513)
robertstone@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Fax: (650) 801-5100

Adam B. Wolfson (Bar No. 262125)
adamwolfson@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Fax: (415) 875-6700

Steig D. Olson (admitted *pro hac vice*)
steigolson@quinnemanuel.com
295 Fifth Avenue
New York, New York 10016
Telephone: (212) 849-7000
Fax: (212) 849-7100

*Attorneys for Defendant Corcept Therapeutics, Incorporated*

*/s/ Lucas C. Wohlford*
Lucas C. Wohlford (admitted *Pro Hac Vice*)
**DUANE MORRIS LLP**
100 Crescent Court, Suite 1200
Dallas, TX 75201
Telephone: +1 214 257 7200
Facsimile: +1 214 257 7201
E-Mail: lwohlford@duanemorris.com

Justin J. Fields (SBN 259491)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200 San Francisco, CA 94105-1127
Telephone: +1 415 957 3000
Facsimile: +1 415 957 3001
E-Mail: jfields@duanemorris.com

*Attorneys for Defendant Optime Care Inc.*

2
JOINT NOTICE OF DECLINATION TO MAGISTRATE JUDGE JURISDICTION
CASE NO. 5:24-cv-03567-NW

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Michael J. Shipley, attest that concurrence in the filing of this document has been obtained.

*/s/ Michael Shipley*
Michael Shipley

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2025, I caused to be filed the foregoing document with the United States District Court for the Northern District of California using the CM/ECF system and caused it to be served on all registered participants via notice of electronic filing.

*/s/ Michael Shipley*
Michael Shipley