Todd M. Schneider (SBN 158253)
Jason H. Kim (SBN 220279)
Matthew S. Weiler (SBN 236052)
J. Caleigh Macdonald (SBN 302592)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
TSchneider@schneiderwallace.com
JKim@schneiderwallace.com
MWeiler@schneiderwallace.com
JMacdonald@schneiderwallace.com

*Attorneys for Plaintiffs Aetna Inc., Health Care Service Corporation, Humana Inc., and Molina Healthcare Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., | Case No. 5:24-cv-03567-NW |
| PLAINTIFF, | **PLAINTIFFS' STATEMENT OF NON-OPPOSITION TO DEFENDANT CORCEPT THERAPETUICS INC.'S MOTION TO CONSIDER WHETHER THE CASES SHOULD BE RELATED** |
| V. | |
| CORCEPT THERAPEUTICS, INC., AND OPTIME CARE INC., | |
| DEFENDANTS. | The Honorable Noël Wise |
| THIS DOCUMENT RELATES TO: | |
| *Aetna Inc. et al. v. Corcept Therapeutics, Inc.,* NO. 3:25-CV-2590-RFL | |

PLAINTIFFS' NON-OPPOSITION TO WHETHER CASES SHOULD BE RELATED

As Plaintiffs Aetna Inc., Health Care Service Corporation, Humana Inc., and Molina Healthcare, Inc. (collectively "Plaintiffs") indicated to counsel for Defendant Corcept Therapeutics Inc. ("Corcept"), they take no position on whether their case should be related before this Court. *See* ECF 94 at n. 1. Plaintiffs, however, refused Corcept's offer to stipulate to same lest that be misconstrued as waiving their right to remand. Indeed, Plaintiffs made that point explicitly when stipulating to a briefing schedule regarding their forthcoming remand motion.[1]

Plaintiffs' case should be remanded to the California Superior Court as Corcept's cross-complaint is subsumed by Plaintiffs' state law claims. As such, it is immaterial whether this Court or Judge Rita F. Lin's makes that determination.

DATED: April 1, 2025         Respectfully submitted,

*/s/ J. Caleigh Macdonald*
Todd M. Schneider
Matthew S. Weiler
J. Caleigh Macdonald
**SCHNEIDER WALLACE COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
TSchneider@schneiderwallace.com
MWeiler@schneiderwallace.com
JMacdonald@schneiderwallace.com

Jason H. Kim
**SCHNEIDER WALLACE COTTRELL KONECKY LLP**
300 S. Grand Avenue, Suite 2700
Los Angeles, CA 90071
Telephone: (415) 421-7100
JKim@schneiderwallace.com

---

[1] *See* Case No. 3:25-cv-2590-RFL, ECF 7 at 1 citing *SWC Inc. v. Elite Promo Inc.*, 234 F. Supp. 3d 1018, 1023 (N.D. Cal. 2017) ("Courts generally have not found waiver where a plaintiff undertakes minimal or expected case-management obligations once a case is removed.").

*Counsel for Aetna Inc., Health Care Service Corporation, Humana Inc., and Molina Healthcare, Inc.*