UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CORCEPT THERAPEUTICS, INC., et al.,<br><br>Defendants. | Case No. 24-cv-03567-NW<br><br>**ORDER GRANTING CORCEPT'S REQUEST TO RELATE CASES** |

On March 31st, 2025, Defendant Corcept Therapeutics, Incorporated ("Corcept") filed a motion for administrative relief to consider whether the later-filed *Aetna Inc. et al. v. Corcept Therapeutics, Inc.*, No. 3:25-cv-2590-RFL ("*Aetna*") should be related to this action, *Teva Pharmaceuticals USA, Inc. v. Corcept Therapeutics, Inc. et al.*, Case No. 5:24-cv-3567-NW ("*Teva*"). Corcept's Motion indicates that (1) Teva and the *Aetna* plaintiffs take no position on Corcept's request to relate the cases; and (2) Corcept's co-defendant in the *Teva* action, Optime Care Inc., does not oppose Corcept's request.

The Court concludes that *Aetna* is related to the earlier-filed *Teva* under the standards set forth in Civil L.R. 3-12. Corcept's Motion is **GRANTED**. *Aetna* shall be reassigned to the undersigned judge.

**IT IS SO ORDERED.**

Dated: April 3, 2025

_____
Noël Wise
United States District Judge