| | |
|---|---|
| Michael Shipley (SBN 139582)<br>KIRKLAND & ELLIS LLP<br>555 South Flower Street, 37th Floor<br>Los Angeles, California 90071<br>Tel: (213) 680-8400<br>michael.shipley@kirkland.com<br><br>Devora W. Allon, P.C. (*Pro Hac Vice*)<br>Kevin M. Neylan, Jr. (*Pro Hac Vice*)<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Tel: (212) 446-4800<br>devora.allon@kirkland.com<br>kevin.neylan@kirkland.com<br><br>*Counsel for Plaintiff*<br>*Teva Pharmaceuticals USA, Inc.*<br><br>Additional Counsel for Plaintiff<br>listed on signature page | Robert W. Stone (SBN 163513)<br>Michael D. Powell (SBN 202850)<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>robertstone@quinnemanuel.com<br>mikepowell@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Fax: (650) 801-5100<br><br>*Counsel for Defendant Corcept Therapeutics, Inc.*<br><br>Lucas C. Wohlford (*Pro Hac Vice*)<br>Duane Morris LLP<br>100 Crescent Court, Suite 1200<br>Dallas, TX 75201<br>Telephone: (214) 257-7200<br>Fax: (214) 257-7201<br>lwohlford@duanemorris.com<br><br>*Counsel for Defendant Optime Care Inc.*<br><br>Additional Counsel for Defendants listed on signature page |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Teva Pharmaceuticals USA, Inc.,<br><br>      Plaintiff,<br><br>  v.<br><br>Corcept Therapeutics, Inc., and Optime Care Inc.,<br><br>      Defendants. | Case No. 5:24-cv-03567-NW<br><br>**JOINT REQUEST TO SET A CASE MANAGEMENT CONFERENCE**<br><br>Ctrm:   3 – 5th Floor<br>Judge:  Honorable Noël Wise |

1     Pursuant to Civil Local Rule 7-11, Plaintiff Teva Pharmaceuticals USA, Inc. ("Teva"), Defendant Corcept Therapeutics, Inc. ("Corcept"), and Defendant Optime Care Inc. ("Optime") (together "Parties") respectfully request that the Court set a date for a case management conference in this matter.

Teva sued Corcept and Optime on June 13, 2024, bringing claims under the federal antitrust laws and factually related state law claims. Dkt. 1. Teva filed its operative First Amended Complaint on September 13, 2024. Dkt. 39. Defendants sought a stay of discovery on September 26, 2024, which the Court denied on December 4, 2024. Dkt. 69. Defendants moved to dismiss Teva's claims on October 14, 2024. Dkt. 55, 65, 68. A hearing on Defendants' Motion to Dismiss is set for July 17, 2025. Dkt. 112.

Judge Freeman previously set certain deadlines, including the following dates:

| Event | Date |
| --- | --- |
| Last Day to Hear Dispositive Motions | 8/13/2026 at 9:00 AM |
| Final Pretrial Conference | 12/10/2026 at 1:30 PM |
| Trial | 1/11/2027 and 9:00 AM |

Dkt. 63. Judge Freeman directed the parties to confer regarding other dates and deadlines. Dkt. 63. The parties did so and filed their proposal. Dkt. 67. Following reassignment to this Court, on February 24, 2025, all future hearing dates were vacated, but the trial and pretrial conference dates and all other deadlines remained in place. Dkt. 81. On March 3, 2017 the Parties filed a Joint Case Management Statement, including the Parties' proposed schedule. Dkt. 89.

There are currently no deadlines set in this case other than the three dates listed above. The Parties respectfully request that the Court schedule a Case Management Conference to confirm whether the dates listed above that were previously set by Judge Freeman are workable for the Court, and to set interim deadlines to ensure that the case proceeds efficiently towards trial. The Parties further request that the Court order the Parties to meet and confer and file a Joint Case Management Statement 14 days prior to the scheduled conference, pursuant to the Court's Standing Order for All Civil Cases, setting forth the Parties' respective proposals for interim deadlines leading up to trial on January 11, 2027. Teva respectfully requests that the Court set the Case Management Conference as

soon as practicable. Defendants respectfully suggest that for the benefit of the Court and the Parties, the Case Management Conference be set for July 17, 2025 to coincide with the hearing on Defendants' Motion to Dismiss, but are agreeable to an alternate date if that is more convenient for the Court.

| | |
|---|---|
| Dated: June 24, 2025 | Respectfully submitted, |
| | By: /s/ Michael Shipley |
| | Michael Shipley<br>KIRKLAND & ELLIS LLP<br>555 South Flower Street, 37th Floor<br>Los Angeles, California 90071<br>Tel: (213) 680-8400<br>michael.shipley@kirkland.com |
| | Devora W. Allon, P.C. (*Pro Hac Vice*)<br>Kevin M. Neylan, Jr. (*Pro Hac Vice*)<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Tel: (212) 446 5967<br>devora.allon@kirkland.com<br>kevin.neylan@kirkland.com |
| | Jennifer M. Joslin (*Pro Hac Vice*)<br>KIRKLAND & ELLIS LLP<br>95 State Street<br>Salt Lake City, UT 84111<br>Tel: (801) 877-8144<br>jennifer.joslin@kirkland.com |
| | *Attorneys for Plaintiff*<br>*Teva Pharmaceuticals USA, Inc.* |
| | By: /s/ Robert W. Stone |
| | Robert W. Stone (SBN 163513)<br>Michael D. Powell (SBN 202850)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>robertstone@quinnemanuel.com<br>mikepowell@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Fax: (650) 801-5100 |
| | Adam B. Wolfson (SBN 262125)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>adamwolfson@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111 |

```
Telephone: (415) 875-6600
Fax: (415) 875-6700

Steig D. Olson (*Pro Hac Vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
steigolson@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Fax: (212) 849-7100

Brantley I. Pepperman
QUINN EMANUEL URQUHART & SULLIVAN, LLP
brantleypepperman@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100
```

*Counsel for Defendant Corcept Therapeutics, Inc.*

By: */s/ Lucas C. Wohlford*

```
Lucas C. Wohlford (Pro Hac Vice)
Randy D. Gordon
Duane Morris LLP
100 Crescent Court, Suite 1200
Dallas, TX 75201
Telephone: (214) 257-7200
Fax: (214) 257-7201
lwohlford@duanemorris.com
rgordon@duanemorris.com

Justin J. Fields (SBN 259491)
Duane Morris LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, California 94105-1127
Telephone: (415) 957-3000
Fax: (415) 957-3001
jfields@duanemorris.com
```

*Counsel for Defendant Optime Care Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

The Court sets a case management conference in this matter on _____, 2025. The Parties are further ordered to meet and confer and file a joint case management statement on _____, 2025.

**IT IS SO ORDERED.**

Dated: _____

_____
The Hon. Noël Wise
United States District Judge

**<u>FILER'S ATTESTATION</u>**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Michael Shipley, attest that concurrence in the filing of this document has been obtained.

*/s/ Michael Shipley*
Michael Shipley

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2025, I caused to be filed the foregoing document with the United States District Court for the Northern District of California using the CM/ECF system and caused it to be served on all registered participants via notice of electronic filing.

*/s/ Michael Shipley*
Michael Shipley