UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CORCEPT THERAPEUTICS, INC., et al., <br><br> Defendants. | Case No. 24-cv-03567-NW <br><br> **CASE-MANAGEMENT AND PRETRIAL ORDER (JURY)** |

The court has reviewed the Parties' joint request to set a case management conference, ECF No. 114, and the joint case management statement filed on March 17, 2025, ECF No. 89. Accordingly, the Court issues this case management and pretrial order. The request at ECF No. 114 is DENIED AS MOOT in light of this order.

**THE FOLLOWING DEADLINES ARE HEREBY ORDERED:**

| Scheduled Event | Date |
|---|---|
| Deadline to Complete ADR: <br> ☐ Court-sponsored mediation <br> ☐ Court-sponsored ENE <br> ☐ Mag. Judge Settlement Conf. <br> ☒ Private mediation <br> ☐ Private arbitration <br> ☐ Other: | November 14, 2025 |
| Close of Fact Discovery | November 21, 2025 |

| | |
|---|---|
| Opening Expert Reports | January 09, 2026 |
| Rebuttal Expert Reports | February 20, 2026 |
| Close of Expert Discovery | March 27, 2026 |
| Deadline to File Dispositive Motions and *Daubert* Motions | **Motions**: May 15, 2026<br>**Responses**: June 19, 2026<br>**Replies**: July 17, 2026 |
| Hearing on Dispositive and *Daubert* Motions | August 12, 2026 at 9:00 a.m. |
| Deadline to File Joint Pretrial Statement | November 25, 2026 |
| Final Pretrial Conference | December 09, 2026 at 2:00 p.m. |
| Trial | January 11, 2027 at 9:00 a.m. |
| Length of trial | 14 days |

**IT IS SO ORDERED.**

Dated:  June 30, 2025

_____
Noël Wise
United States District Judge