# EXHIBIT B

Michael Shipley (SBN 233674)
KIRKLAND & ELLIS LLP
555 South Flower Street, 37th Floor
Los Angeles, California 90071
Tel: (213) 680-8400
michael.shipley@kirkland.com

Devora W. Allon, P.C. (*Pro Hac Vice*)
Kevin M. Neylan, Jr. (*Pro Hac Vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-4800
devora.allon@kirkland.com
kevin.neylan@kirkland.com

*Attorneys for Plaintiff*
*Teva Pharmaceuticals USA, Inc.*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CORCEPT THERAPEUTICS, INC., AND OPTIME CARE INC.,<br><br>Defendants. | Case No: 5:24-cv-03567-NW<br><br>**PLAINTIFF TEVA PHARMACEUTICALS USA, INC.'S RESPONSES AND OBJECTIONS TO DEFENDANT CORCEPT THERAPEUTICS, INC.'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** |

**RESPONSE TO REQUEST NO. 87:**

In addition to Teva's General Objections, Teva further objects to this Request because the phrase "plan to scale back" is vague and ambiguous. Teva further objects to this Request to the extent it is overly broad and unduly burdensome, and to the extent it seeks information that is unrelated to Generic Korlym and is therefore not reasonably calculated to lead to the discovery of admissible evidence.

Teva will not produce any documents in response to this Request until the parties have conferred and agreed on the scope and relevance of documents to be produced.

**REQUEST NO. 88:**

All Documents and Communications relating the January 2025 statements of Your Chief Executive Officer—Richard Francis—that: (1) "We're victims of our own success"; and (2) "We've had a great run, but now we're facing headwinds." *See, e.g.*, https://www.ainvest.com/news/teva-stock-dives-14-we-re-victims-of-our-own-success-says-ceo-250110101706c3d1d07b40cd/.

**RESPONSE TO REQUEST NO. 88:**

In addition to Teva's General Objections, Teva further objects to this Request because the phrase "relating the January 2025 statements" is vague and ambiguous. Teva further objects to this Request to the extent it is overly broad and unduly burdensome, and to the extent it seeks information that is unrelated to Generic Korlym and is therefore not reasonably calculated to lead to the discovery of admissible evidence.

Teva will not produce any documents in response to this Request until the parties have conferred and agreed on the scope and relevance of documents to be produced.

**REQUEST NO. 89:**

Documents sufficient to show copies of Your distribution agreements and drug-specific addenda with respect to each of Your drugs available in the United States.

9

**PLAINTIFF TEVA PHARMACEUTICALS USA, INC.'S RESPONSES AND OBJECTIONS TO DEFENDANT CORCEPT THERAPEUTICS, INC.'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**
Case No: 5:24-cv-03567-NW

**RESPONSE TO REQUEST NO. 89:**

In addition to Teva's General Objections, Teva further objects to this Request to the extent it is overly broad and unduly burdensome, and to the extent it seeks information that is unrelated to Korlym and is therefore not reasonably calculated to lead to the discovery of admissible evidence.

Teva will not produce any documents in response to this Request until the parties have conferred and agreed on the scope and relevance of documents to be produced.

**REQUEST NO. 90:**

All Documents and Communications relating to the role (if any) launching Generic Korlym had in Your acquisition of Actavis Generics.

**RESPONSE TO REQUEST NO. 90:**

In addition to Teva's General Objections, Teva further objects to this Request to the extent it is overly broad and unduly burdensome, and to the extent it seeks information that is unrelated to Korlym and is therefore not reasonably calculated to lead to the discovery of admissible evidence.

Without waiving Teva's objections, Teva is willing to produce responsive, non-privileged documents, that are located, if any, pursuant to reasonable, agreed-upon search parameters, including search terms and custodians, for the period from January 1, 2015 to present.

**REQUEST NO. 91:**

Documents sufficient to show copies of Your agreement(s) to acquire Actavis Generics, including but not limited to any asset purchase agreements.

**RESPONSE TO REQUEST NO. 91:**

In addition to Teva's General Objections, Teva further objects to this Request because Teva's agreement(s) to acquire Actavis Generics is not relevant to any claims or defenses, nor is it reasonably calculated to lead to the discovery of admissible evidence.

Teva will not produce any documents in response to this Request.

10

**PLAINTIFF TEVA PHARMACEUTICALS USA, INC.'S RESPONSES AND OBJECTIONS TO DEFENDANT CORCEPT THERAPEUTICS, INC.'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**
Case No: 5:24-cv-03567-NW

Dated: July 7, 2025

Respectfully submitted,

By: */s/ Michael Shipley*

Michael Shipley
KIRKLAND & ELLIS LLP
555 South Flower Street, 37th Floor
Los Angeles, California 90071
Tel: (213) 680-8400
michael.shipley@kirkland.com

Devora W. Allon, P.C.
Kevin M. Neylan, Jr.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446 5967
devora.allon@kirkland.com
kevin.neylan@kirkland.com

*Attorneys for Plaintiff*
*Teva Pharmaceuticals USA, Inc.*

11

**PLAINTIFF TEVA PHARMACEUTICALS USA, INC.'S RESPONSES AND OBJECTIONS TO DEFENDANT CORCEPT THERAPEUTICS, INC.'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**
**Case No: 5:24-cv-03567-NW**

# CERTIFICATE OF SERVICE

I, Allie Wendell, the undersigned, hereby declare as follows:

I am a resident of the State of New York, over the age of eighteen years, and not a party to this action. I am employed by Kirkland & Ellis LLP, counsel of record for Plaintiff Teva Pharmaceuticals USA, Inc. My business and mailing address is 601 Lexington Avenue New York, New York 10022.

On July 7, 2025, I served and caused to be served true and correct copies of the following document(s):

**Plaintiff Teva Pharmaceuticals USA, Inc.'s Responses and Objections to Defendant Corcept Therapeutics, Inc.'s Second Set of Requests for Production of Documents**

by sending them via electronic transmission to the following persons at the electronic mail addresses below:

Robert W. Stone
Adam B. Wolfson
Michael D. Powell
QUINN EMANUEL URQUHART & SULLIVAN, LLP
robertstone@quinnemanuel.com
adamwolfson@quinnemanuel.com
mikepowell@quinnemanuel.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of July, 2025 in New York, New York.

Respectfully submitted,

By: */s/ Allie Wendell*
     Allie Wendell

1

**PLAINTIFF TEVA PHARMACEUTICALS USA, INC.'S RESPONSES AND OBJECTIONS TO DEFENDANT CORCEPT THERAPEUTICS, INC.'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS
Case No: 5:24-cv-03567-NW**