# EXHIBIT A

# Defendants' Summary Chart Pursuant to the Court's August 4, 2025 Order (Dkt. 121)

| Cause of Action | Alleged Predicate Acts | Latest Possible Limitations Period Start Dates | Latest Possible Limitations Period End Dates |
|---|---|---|---|
| Count I – Sherman Act Section 2 (Monopolization) | A. Listing '348 patent in the Orange Book | A. **January 27, 2015** (FAC ¶ 82) | A. **January 27, 2019** |
| | B. Listing '495 patent in the Orange Book | B. **November 28, 2017** (FAC ¶ 82) | B. **November 28, 2021** |
| | C. Suing Teva for infringement of '348 and '495 patents | C. **March 15, 2018** (FAC ¶ 76) | C. **March 15, 2022** |
| | D. Suing Teva for infringement of '526 patent | D. **July 6, 2018** (FAC ¶ 120) | D. **July 6, 2022** |
| | E. Suing Teva for infringement of '214, '242, and '243 patents | E. **February 8, 2019** (FAC ¶¶ 116, 120) | E. **February 8, 2023** |
| | F. Suing Teva for infringement of '216 patent | F. **December 13, 2019** (FAC ¶ 120) | F. **December 13, 2023** |
| | G. Entering into Corcept-Optime Agreement | G. **October 2018** (FAC ¶¶ 73, 79, 137, 204) | G. **October 2022** |
| | H. Making payments to physicians through speaker program | H. *Claims and recovery are only available for payments made in the four years prior to the FAC* **(June 13, 2020 – present)** | H. *Claims and recovery are only available for payments made in the four years prior to the FAC* **(June 13, 2020 – present)** |
| Count II – Sherman Act Section 2 (Attempted Monopolization) | A. Listing '348 patent in the Orange Book | A. **January 27, 2015** (FAC ¶ 82) | A. **January 27, 2019** |
| | B. Listing '495 patent in the Orange Book | B. **November 28, 2017** (FAC ¶ 82) | B. **November 28, 2021** |
| | C. Suing Teva for infringement of '348 and '495 patents | C. **March 15, 2018** (FAC ¶ 76) | C. **March 15, 2022** |

1

| Cause of Action | Alleged Predicate Acts | Latest Possible Limitations Period Start Dates | Latest Possible Limitations Period End Dates |
|---|---|---|---|
| | D. Suing Teva for infringement of '526 patent | D. **July 6, 2018** (FAC ¶ 120) | D. **July 6, 2022** |
| | E. Suing Teva for infringement of '214, '242, and '243 patents | E. **February 8, 2019** (FAC ¶¶ 116, 120) | E. **February 8, 2023** |
| | F. Suing Teva for infringement of '216 patent | F. **December 13, 2019** (FAC ¶ 120) | F. **December 13, 2023** |
| | G. Entering into Corcept-Optime Agreement | G. **October 2018** (FAC ¶¶ 73, 79, 137, 204) | G. **October 2022** |
| | H. Making payments to physicians through speaker program | H. *Claims and recovery are only available for payments made in the four years prior to the FAC* **(June 13, 2020 – present)** | H. *Claims and recovery are only available for payments made in the four years prior to the FAC* **(June 13, 2020 – present)** |
| Count III – Sherman Act Section 1 | A. Entering into Corcept-Optime Agreement | A. **October 2018** (FAC ¶¶ 73, 79, 137, 204) | A. **October 2022** |
| Count IV – UCL | A. Entering into Corcept-Optime Agreement | A. **October 2018** (FAC ¶¶ 73, 79, 137, 204) | A. **October 2022** |
| | B. Making payments to physicians through speaker program | B. *Claims and recovery are only available for payments made in the four years prior to the FAC* **(June 13, 2020 – present)** | B. *Claims and recovery are only available for payments made in the four years prior to the FAC* **(June 13, 2020 – present)** |
| Count V – Section 16600 | A. Entering into Corcept-Optime Agreement | A. **October 2018** (FAC ¶¶ 73, 79, 137, 204) | A. **October 2022** |

| **Cause of Action** | **Alleged Predicate Acts** | **Latest Possible Limitations Period Start Dates** | **Latest Possible Limitations Period End Dates** |
|---|---|---|---|
| Count VI – Omnibus Claim | A. Entering into Corcept-Optime Agreement<br><br>B. Making payments to physicians through speaker program | A. **October 2018** (FAC ¶¶ 73, 79, 137, 204)<br><br>B. *Claims and recovery are only available for payments made in the four years prior to the FAC* **(June 13, 2020 – present)** | A. **October 2022**<br><br>B. *Claims and recovery are only available for payments made in the four years prior to the FAC* **(June 13, 2020 – present)** |
| Count VII – Unjust Enrichment | A. Listing '348 patent in the Orange Book<br><br>B. Listing '495 patent in the Orange Book<br><br>C. Suing Teva for infringement of '348 and '495 patents<br><br>D. Suing Teva for infringement of '526 patent<br><br>E. Suing Teva for infringement of '214, '242, and '243 patents<br><br>F. Suing Teva for infringement of '216 patent<br><br>G. Entering into Corcept-Optime Agreement<br><br>H. Making payments to physicians through speaker program | A. **January 27, 2015** (FAC ¶ 82)<br><br>B. **November 28, 2017** (FAC ¶ 82)<br><br>C. **March 15, 2018** (FAC ¶ 76)<br><br>D. **July 6, 2018** (FAC ¶ 120)<br><br>E. **February 8, 2019** (FAC ¶¶ 116, 120)<br><br>F. **December 13, 2019** (FAC ¶ 120)<br><br>G. **October 2018** (FAC ¶¶ 73, 79, 137, 204)<br><br>H. *Claims and recovery are only available for payments made in the four years prior to the FAC* **(June 13, 2020 – present)** | A. **January 27, 2019**<br><br>B. **November 28, 2021**<br><br>C. **March 15, 2022**<br><br>D. **July 6, 2022**<br><br>E. **February 8, 2023**<br><br>F. **December 13, 2023**<br><br>G. **October 2022**<br><br>H. *Claims and recovery are only available for payments made in the four years prior to the FAC* **(June 13, 2020 – present)** |