# EXHIBIT A

**Teva's Summary Chart Pursuant to the Court's August 4, 2025 Order (Dkt. 121)**

| Theory of Antitrust Liability | Start of Limitations Period by Statute of Limitations Theory | End of Limitations Period by Statute of Limitations Theory |
|---|---|---|
| Exclusive Dealing | <ul><li>April 2024 ("Continuing Violations" doctrine, based on Defendants' amendments to their exclusive dealing agreement)</li><li>May 2024 ("Continuing Violations" doctrine, based on Defendants' enforcement of their exclusive dealing agreement against Teva)</li><li>June 2024 ("Continuing Violations" doctrine, based on Defendants' steering of prescriptions to Optime pursuant to their exclusive dealing agreement)</li><li>August 2020 ("Speculative Damages" doctrine, based on Teva's receipt of FDA approval)</li><li>January 2024 ("Speculative Damages" doctrine, based on Teva's entry into the market)</li><li>August 2020 (Accrual of cause of action based on Teva's receipt of FDA approval)</li></ul> | <ul><li>April 2028 ("Continuing Violations" doctrine, based on Defendants' amendments to their exclusive dealing agreement)</li><li>May 2028 ("Continuing Violations" doctrine, based on Defendants' enforcement of their exclusive dealing agreement against Teva)</li><li>June 2028 ("Continuing Violations" doctrine, based on Defendants' steering of prescriptions to Optime pursuant to their exclusive dealing agreement)</li><li>August 2024 ("Speculative Damages" doctrine, based on Teva's receipt of FDA approval)</li><li>January 2028 ("Speculative Damages" doctrine, based on Teva's entry into the market)</li><li>August 2024 (Accrual of cause of action based on Teva's receipt of FDA approval)</li></ul> |
| Orange Book Fraud | <ul><li>March 2023 ("Continuing Violations" doctrine, based on Corcept's assertion of '800 and '801 patents)</li><li>April 2024 ("Continuing Violations" doctrine, based on Defendants' amendments to their</li></ul> | <ul><li>March 2027 ("Continuing Violations" doctrine, based on Corcept's assertion of '800 and '801 patents)</li><li>April 2028 ("Continuing Violations" doctrine, based on Defendants' amendments to their</li></ul> |

| Theory of Antitrust Liability | Start of Limitations Period by Statute of Limitations Theory | End of Limitations Period by Statute of Limitations Theory |
|---|---|---|
| | exclusive dealing agreement) <br><br>• May 2024 ("Continuing Violations" doctrine, based on Defendants' enforcement of their exclusive dealing agreement against Teva) <br><br>• June 2024 ("Continuing Violations" doctrine, based on Defendants' steering of prescriptions to Optime pursuant to their exclusive dealing agreement) <br><br>• August 2020 ("Speculative Damages" doctrine, based on Teva's receipt of FDA approval) <br><br>• January 2024 ("Speculative Damages" doctrine, based on Teva's entry into the market) <br><br>• August 2020 (Accrual of cause of action based on Teva's receipt of FDA approval) | exclusive dealing agreement) <br><br>• May 2028 ("Continuing Violations" doctrine, based on Defendants' enforcement of their exclusive dealing agreement against Teva) <br><br>• June 2028 ("Continuing Violations" doctrine, based on Defendants' steering of prescriptions to Optime pursuant to their exclusive dealing agreement) <br><br>• August 2024 ("Speculative Damages" doctrine, based on Teva's receipt of FDA approval) <br><br>• January 2028 ("Speculative Damages" doctrine, based on Teva's entry into the market) <br><br>• August 2024 (Accrual of cause of action based on Teva's receipt of FDA approval) |
| Sham Patent Litigation | • March 2023 ("Continuing Violations" doctrine, based on Corcept's assertion of '800 and '801 patents) <br><br>• April 2024 ("Continuing Violations" doctrine, based on Defendants' amendments to their exclusive dealing agreement) <br><br>• May 2024 ("Continuing Violations" doctrine, based on Defendants' enforcement of their exclusive dealing agreement | • March 2027 ("Continuing Violations" doctrine, based on Corcept's assertion of '800 and '801 patents) <br><br>• April 2028 ("Continuing Violations" doctrine, based on Defendants' amendments to their exclusive dealing agreement) <br><br>• May 2028 ("Continuing Violations" doctrine, based on Defendants' enforcement of their exclusive dealing agreement |

| Theory of Antitrust Liability | Start of Limitations Period by Statute of Limitations Theory | End of Limitations Period by Statute of Limitations Theory |
|---|---|---|
| | against Teva)<br><br>• June 2024 ("Continuing Violations" doctrine, based on Defendants' steering of prescriptions to Optime pursuant to their exclusive dealing agreement)<br><br>• August 2020 ("Speculative Damages" doctrine, based on Teva's receipt of FDA approval)<br><br>• January 2024 ("Speculative Damages" doctrine, based on Teva's entry into the market)<br><br>• August 2020 (Accrual of cause of action based on Teva's receipt of FDA approval) | against Teva)<br><br>• June 2028 ("Continuing Violations" doctrine, based on Defendants' steering of prescriptions to Optime pursuant to their exclusive dealing agreement)<br><br>• August 2024 ("Speculative Damages" doctrine, based on Teva's receipt of FDA approval)<br><br>• January 2028 ("Speculative Damages" doctrine, based on Teva's entry into the market)<br><br>• August 2024 (Accrual of cause of action based on Teva's receipt of FDA approval) |
| Illicit Physician Payments | • June 2024 ("Continuing Violations" doctrine, based on Corcept's continued illicit payments to physicians)<br><br>• August 2020 ("Speculative Damages" doctrine, based on Teva's receipt of FDA approval)<br><br>• January 2024 ("Speculative Damages" doctrine, based on Teva's entry into the market)<br><br>• August 2020 (Accrual of cause of action based on Teva's receipt of FDA approval) | • June 2028 ("Continuing Violations" doctrine, based on Corcept's continued illicit payments to physicians)<br><br>• August 2024 ("Speculative Damages" doctrine, based on Teva's receipt of FDA approval)<br><br>• January 2028 ("Speculative Damages" doctrine, based on Teva's entry into the market)<br><br>• August 2024 (Accrual of cause of action based on Teva's receipt of FDA approval) |