UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., <br> Plaintiff, <br> v. <br> CORCEPT THERAPEUTICS, INC., et al., <br> Defendants. | Case No. 24-cv-03567-NW (VKD) <br><br> **ORDER RE PENDING SEALING MOTION** <br><br> Re: Dkt. No. 118 |

Plaintiff Teva Pharmaceuticals USA, Inc. ("Teva") has failed to file a statement or declaration in support of defendant Corcept Therapeutics, Inc.'s ("Corcept") Administrative Motion to Consider Whether Another Party's Material Should Be Sealed as required by Civil L.R. 79-5(f). *See* Dkt. No. 118. The Court directs the Clerk of the Court to unseal the parties' joint letter brief (Dkt. No. 118-1) and accompanying Exhibit A (Dkt. No. 118-2) on **August 25, 2025**, absent further order of the Court.

**IT IS SO ORDERED.**

Dated: August 18, 2025

Virginia K. DeMarchi
United States Magistrate Judge