1  Michael Shipley (SBN 233674)
2  KIRKLAND & ELLIS LLP
   555 South Flower Street, 37th Floor
3  Los Angeles, California 90071
   Tel: (213) 680-8400
4  michael.shipley@kirkland.com

5  Devora W. Allon, P.C. (*Pro Hac Vice*)
   Kevin M. Neylan, Jr. (*Pro Hac Vice*)
6  KIRKLAND & ELLIS LLP
7  601 Lexington Avenue
   New York, New York 10022
8  Tel: (212) 446-4800
   devora.allon@kirkland.com
9  kevin.neylan@kirkland.com

10 *Attorneys for Plaintiff*
11 *Teva Pharmaceuticals USA, Inc.*

12
13              IN THE UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
14                      SAN JOSE DIVISION
15

16 | TEVA PHARMACEUTICALS USA, INC., | Case No: 5:24-cv-03567-NW |
17 | Plaintiff, | |
18 | v. | **[PROPOSED]** ORDER GRANTING TEVA'S REQUEST TO SEAL |
19 | CORCEPT THERAPEUTICS, INC., AND OPTIME CARE INC., | |
20 | | Dkt. Nos. 118, 125 |
21 | Defendants. | |

22
23
24
25
26
27
28

Having considered Corcept's Motion to Consider Whether Teva Pharmaceuticals USA, Inc's Material Should be Sealed and Teva's Statement in Response, the Court finds good cause for granting the request to file documents under seal in the formats that they have been provided to the Court.

Accordingly, the Court GRANTS the Request to Seal and ORDERS the documents or portions of the documents below remain sealed:

| Documents | Portions to be Sealed | Reasons for Sealing |
|---|---|---|
| Joint Letter Brief (Dkt. No. 118-1) | Highlighted portions on pages 2 and 5. | Contains highly sensitive business information. |
| Exhibit A (Dkt. No. 118-2) | Entire document. | Contains highly sensitive business information and personally identifiable information. |

[OR]

| ~~Documents~~ | ~~Portions to be Sealed~~ | ~~Reasons for Sealing~~ |
|---|---|---|
| ~~Joint Letter Brief (Dkt. No. 118-1)~~ | ~~Highlighted portions on pages 2 and 5.~~ | ~~Contains highly sensitive business information.~~ |
| ~~Exhibit A (Dkt. No. 118-2)~~ | ~~(1) The line beginning with "Rebate Terms" (ending in "Net Price") on page -538, (2) the paragraph under the heading "Ineligible Utilization" on page -539, (3) the paragraphs under the heading "Terms and Conditions" on pages ending -541 to -542, (4) the paragraphs under the heading "Contract Price" on the page ending -542, and (5) employee names, signatures, and email addresses, on pages ending -538, -540, -543, -544, and -546.~~ | ~~Contains highly sensitive business information and personally identifiable information.~~ |

**IT IS SO ORDERED.**

Dated: August 22, 2025

Honorable Virginia K. DeMarchi
United States Magistrate Judge