Michael Shipley (SBN 233674)
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, California 90067
Tel: (213) 680-8222
michael.shipley@kirkland.com

Devora W. Allon, P.C. (*Pro Hac Vice*)
Kevin M. Neylan, Jr. (*Pro Hac Vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-4800
devora.allon@kirkland.com
kevin.neylan@kirkland.com

*Counsel for Plaintiff*
*Teva Pharmaceuticals USA, Inc.*

Additional Counsel for Plaintiff listed on signature page

Robert W. Stone (SBN 163513)
Michael D. Powell (SBN 202850)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
robertstone@quinnemanuel.com
mikepowell@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Fax: (650) 801-5100

*Counsel for Defendant Corcept Therapeutics, Incorporated*

Lucas C. Wohlford (*Pro Hac Vice*)
Duane Morris LLP
100 Crescent Court, Suite 1200
Dallas, TX 75201
Telephone: (214) 257-7200
Fax: (214) 257-7201
lwohlford@duanemorris.com

*Counsel for Defendant Optime Care Inc.*

Additional Counsel for Defendants listed on signature page

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| Teva Pharmaceuticals USA, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Corcept Therapeutics, Inc., and Optime Care Inc.,<br><br>Defendants. | Case No. 5:24-cv-03567-NW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND CERTAIN DATES IN CASE SCHEDULE WHILE MAINTAINING TRIAL DATE**<br><br>Ctrm:   3 – 5th Floor<br>Judge:  Honorable Noël Wise |

Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, N.D. Cal. Civil Local Rules 6-2 and 16-2(d), Plaintiff Teva Pharmaceuticals USA, Inc. ("Teva"), Defendant Corcept Therapeutics, Incorporated ("Corcept"), and Defendant Optime Care Inc. ("Optime") (together "Parties") hereby stipulate to extend the case schedule as follows:

WHEREAS, this case was previously assigned to the Honorable Beth L. Freeman;

WHEREAS, the Parties appeared for an initial case management conference before Judge Freeman on October 31, 2024;

WHEREAS, Judge Freeman on November 4, 2024 issued an initial case management order that set a trial date of January 11, 2027 and directed the Parties to meet-and-confer regarding other dates, such as "discovery cut-offs and expert disclosure deadlines" (Dkt. 63);

WHEREAS, the Parties—pursuant to Judge Freeman's order—then submitted a proposed schedule on November 15, 2024, which reflected the Parties' largely-aligned proposal in view of the information then available to the Parties;

WHEREAS, this case was subsequently reassigned to this Court on February 24, 2025 (Dkt. 81);

WHEREAS, on June 30, 2025, the Court then entered a case management order adopting the dates that the Parties previously proposed, including: (a) a November 21, 2025 fact discovery cut-off; (b) opening and rebuttal expert reports on January 9 and February 20, 2026; (c) an expert discovery cut-off on March 27, 2026; (d) dispositive and *Daubert* motion briefing between May 15 and July 17, 2026, with a hearing to occur on August 12, 2026; and (e) pretrial statement, pretrial conference, and trial dates between November 25, 2026 and January 11, 2027 (Dkt. 116);

WHEREAS, since the start of the discovery process, the Parties have been actively involved in discovery and case management activities, including propounding and responding to written discovery; negotiating the document custodians from whom responsive electronically stored information ("ESI") will be collected; collecting extensive ESI from those custodians and preparing that ESI for review with the assistance of litigation support vendors and staff; negotiating the search strings that will be applied across those custodians' ESI to reasonably search for material in response to each Party's discovery requests; and reviewing and producing documents;

WHEREAS, the Parties respectfully request and require additional time to negotiate the scope of discovery, review and produce documents, disclose any opinion of counsel defense, conduct depositions, and complete expert reports;

WHEREAS, each Party agrees and submits that there is good cause to approve this stipulation as the Parties need further time for essential discovery activities—including making, reviewing, and receiving upcoming document productions, disclosing any opinion of counsel defense, scheduling depositions on dates agreeable to all Parties, and providing their experts sufficient time to analyze the discovery record and prepare expert reports—all without disadvantaging any Party or causing unreasonable delays in the litigation;

WHEREAS, in view of the Parties' agreement that more time for fact and expert discovery is warranted, the Parties further submit that an extension of the current deadline for private mediation (November 14, 2025) is also appropriate and more likely to result in more productive discussions;

WHEREAS, this is the first extension of the below deadlines which the Parties have sought since the commencement of this action;

WHEREAS, the proposed extensions will not affect the trial date in this action (including the dates for the Joint Pretrial Statement and Final Pretrial Conference);

WHEREAS, the Parties have met and conferred and have agreed to extend the case schedule as follows:

| **Case Event** | **Current Date (Dkt. 116)** | **Proposed Date** |
| --- | --- | --- |
| Disclosure of Opinion of Counsel Defenses | N/A | November 7, 2025 |
| Substantially Complete Document Production | N/A | November 21, 2025 |
| Deadline to Complete ADR: Private Mediation | November 14, 2025 | February 20, 2026 |
| Close of Fact Discovery | November 21, 2025 | February 27, 2026 |
| Opening Expert Reports [For issues which the Party bears the burden of proof] | January 9, 2026 | April 3, 2026 |

| Case Event | Current Date (Dkt. 116) | Proposed Date |
|---|---|---|
| Rebuttal Expert Reports | February 20, 2026 | May 8, 2026 |
| Reply Expert Reports | N/A | May 29, 2026 |
| Close of Expert Discovery | March 27, 2026 | June 26, 2026 |
| Deadline to File Dispositive/*Daubert* Motions | May 15, 2026 | July 24, 2026 |
| Oppositions for Dispositive/*Daubert* Motions | June 19, 2026 | August 21, 2026 |
| Replies re Dispositive/*Daubert* Motions | July 17, 2026 | September 18, 2026 |
| Hearing on Dispositive and *Daubert* Motions | August 12, 2026 at 9:00 a.m. | October 14, 2026 |
| Deadline to File Joint Pretrial Statement | November 25, 2026 | November 25, 2026 |
| Final Pretrial Conference | December 9, 2026 at 2:00 p.m. | December 9, 2026 at 2:00 p.m. |
| Trial | January 11, 2027 at 9:00 a.m. | January 11, 2027 at 9:00 a.m. |

NOW THEREFORE, the Parties hereby stipulate that the current case schedule (aside from the trial date and certain other pre-trial dates) be extended as set forth in the table above.

| | |
|---|---|
| Dated: September 4, 2025 | Respectfully submitted, |
| | By: /s/ Michael Shipley |
| | Michael Shipley<br>KIRKLAND & ELLIS LLP<br>2049 Century Park East, Suite 3700<br>Los Angeles, California 90067<br>Tel: (213) 680-8222<br>michael.shipley@kirkland.com |
| | Devora W. Allon, P.C. (*Pro Hac Vice*)<br>Kevin M. Neylan, Jr. (*Pro Hac Vice*)<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Tel: (212) 446-5967<br>devora.allon@kirkland.com<br>kevin.neylan@kirkland.com |
| | Jennifer M. Joslin (*Pro Hac Vice*)<br>KIRKLAND & ELLIS LLP<br>95 State Street<br>Salt Lake City, UT 84111<br>Tel: (801) 877-8144<br>jennifer.joslin@kirkland.com |
| | *Attorneys for Plaintiff*<br>*Teva Pharmaceuticals USA, Inc.* |

By: /s/ Robert W. Stone

Robert W. Stone (SBN 163513)
Michael D. Powell (SBN 202850)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
robertstone@quinnemanuel.com
mikepowell@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Fax: (650) 801-5100

Adam B. Wolfson (SBN 262125)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
adamwolfson@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Fax: (415) 875-6700

Steig D. Olson (*Pro Hac Vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
steigolson@quinnemanuel.com
295 5th Avenue
New York, New York 10016
Telephone:  (212) 849-7000
Fax:            (212) 849-7100

Brantley I. Pepperman (SBN 322057)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
brantleypepperman@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100

*Counsel for Defendant Corcept Therapeutics, Incorporated*

1  By: /s/ Lucas C. Wohlford

2  Lucas C. Wohlford (*Pro Hac Vice*)
3  Randy D. Gordon
   DUANE MORRIS LLP
4  100 Crescent Court, Suite 1200
   Dallas, TX 75201
5  Telephone: (214) 257-7200
   Fax: (214) 257-7201
6  lwohlford@duanemorris.com
   rgordon@duanemorris.com
7

8  Justin J. Fields (SBN 259491)
   DUANE MORRIS LLP
9  Spear Tower
   One Market Plaza, Suite 2200
10 San Francisco, California 94105-1127
   Telephone: (415) 957-3000
11 Fax: (415) 957-3001
   jfields@duanemorris.com
12

13 *Counsel for Defendant Optime Care Inc.*

6

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND CERTAIN DATES IN CASE
SCHEDULE WHILE MAINTAINING TRIAL DATE

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: _____        _____
                                    The Hon. Noël Wise
                                    United States District Judge

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Michael Shipley, attest that concurrence in the filing of this document has been obtained.

                                                   */s/ Michael Shipley*
                                                   Michael Shipley

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2025, I caused to be filed the foregoing document with the United States District Court for the Northern District of California using the CM/ECF system and caused it to be served on all registered participants via notice of electronic filing.

*/s/ Michael Shipley*
Michael Shipley
