Michael Shipley (SBN 233674)
KIRKLAND & ELLIS LLP
2049 Century Park East
Los Angeles, California 90067
Tel: (213) 680-8400
michael.shipley@kirkland.com

Devora W. Allon, P.C. (*Pro Hac Vice*)
Kevin M. Neylan, Jr. (*Pro Hac Vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-4800
devora.allon@kirkland.com
kevin.neylan@kirkland.com

*Counsel for Plaintiff*
*Teva Pharmaceuticals USA, Inc.*

Additional Counsel for Plaintiff
listed on signature page

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| Teva Pharmaceuticals USA, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Corcept Therapeutics, Inc., and Optime Care Inc., <br><br> Defendants. | Case No.  5:24-cv-03567-NW <br><br> **L.R. 7-3(d)(2) STATEMENT OF RECENT DECISION BY JUDGE WISE RELEVANT TO PENDING DISCOVERY MOTIONS** <br><br> Ctrm:    2 – 5th Floor <br> Judge:   Honorable Virginia K. DeMarchi |

To the Court and the Parties and their Counsel of Record, PLEASE TAKE NOTICE, pursuant to Local Civil Rule 7-3(d)(2), that on September 12, 2025, Judge Wise of the United States District Court for the Northern District of California issued a published decision in this case, *Teva Pharmaceuticals USA, Inc., v. Corcept Therapeutics, Inc., et al.,* No. 24-cv-03567-NW, Dkt. 134 (N.D. Cal. Sept. 12, 2025).  In the Court's ruling on Defendants' motion to dismiss, it addressed an issue relevant to Corcept's pending motions to compel (Dkt. Nos. 131-132, 136), which have been fully briefed.  *See*, *id*. at 27 (with respect to Teva's antitrust kickback theory and Corcept's related arguments, noting that whether "Teva also makes payments to prescribers is immaterial… because Teva's actions are not the ones at issue here."); *compare* Motions to Compel Dkt. 131 at 1-4, Dkt. 132 at 1-4, and Dkt. 136 at 1-4 (Corcept arguing that it is entitled to discovery into Teva's business decisions and actions unrelated to Mifepristone under an alternative causation theory).

1

L.R. 7-3(d)(2) STATEMENT OF RECENT DECISION BY JUDGE WISE RELEVANT TO PENDING DISCOVERY MOTIONS / CASE NO. 5:24-cv-03567-NW

| | |
|---|---|
| Dated: September 19, 2025 | Respectfully submitted, |
| | By: /s/ Michael Shipley |
| | Michael Shipley<br>KIRKLAND & ELLIS LLP<br>2049 Century Park East<br>Los Angeles, California 90067<br>Tel: (213) 680-8400<br>michael.shipley@kirkland.com |
| | Devora W. Allon, P.C. (*Pro Hac Vice*)<br>Kevin M. Neylan, Jr. (*Pro Hac Vice*)<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Tel: (212) 446 5967<br>devora.allon@kirkland.com<br>kevin.neylan@kirkland.com |
| | Jennifer M. Joslin (*Pro Hac Vice*)<br>KIRKLAND & ELLIS LLP<br>95 South State Street<br>Salt Lake City, UT 84111<br>Tel: (801) 877-8144<br>jennifer.joslin@kirkland.com |
| | *Attorneys for Plaintiff*<br>*Teva Pharmaceuticals USA, Inc.* |

2

L.R. 7-3(d)(2) STATEMENT OF RECENT DECISION BY JUDGE WISE RELEVANT TO PENDING DISCOVERY MOTIONS/ CASE NO. 5:24-cv-03567-NW

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Michael Shipley, attest that concurrence in the filing of this document has been obtained.

/s/ Michael Shipley
Michael Shipley

1

L.R. 7-3(d)(2) STATEMENT OF RECENT DECISION BY JUDGE WISE RELEVANT TO PENDING DISCOVERY MOTIONS / CASE NO. 5:24-cv-03567-NW

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2025, I caused to be filed the foregoing document with the United States District Court for the Northern District of California using the CM/ECF system and caused it to be served on all registered participants via notice of electronic filing.

/s/ Michael Shipley
Michael Shipley