1  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
   Robert W. Stone (Bar No. 163513)
2  robertstone@quinnemanuel.com
   Michael D. Powell (Bar No. 202850)
3  mikepowell@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
4  Redwood Shores, California 94065
   Telephone:   (650) 801-5000
5  Fax:         (650) 801-5100

6  Adam B. Wolfson (Bar No. 262125)
   adamwolfson@quinnemanuel.com
7  50 California Street, 22nd Floor
   San Francisco, California 94111
8  Telephone:   (415) 875-6600
   Fax:         (415) 875-6700
9
   *Attorneys for Defendant Corcept Therapeutics, Incorporated*
10
   [Additional Counsel Listed On Signature Page]
11

12              **UNITED STATES DISTRICT COURT**

13              **NORTHERN DISTRICT OF CALIFORNIA**

14                    **SAN JOSE DIVISION**

15

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., | Case No. 5:24-cv-03567-NW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT AND SET RESPONSIVE BRIEFING SCHEDULE** |
| vs. | |
| CORCEPT THERAPEUTICS, INC., et al., | |
| Defendants. | Hon. Noël Wise |

## JOINT STIPULATION

Pursuant to Civil Local Rule 6-1(b) and 6-2, Defendants Corcept Therapeutics, Inc. and Optime Care Inc. (collectively, "Defendants") and Plaintiff Teva Pharmaceuticals USA, Inc. ("Plaintiff") by and through their counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed the above-captioned case against Defendants on June 13, 2024;

WHEREAS, Plaintiff filed a First Amended Complaint on September 13, 2024;

WHEREAS, the Court granted in part and denied in part Defendants' Motion to Dismiss Plaintiff's First Amended Complaint on September 12, 2025;

WHEREAS, Plaintiff filed a Second Amended Complaint on September 26, 2025;

WHEREAS, Defendants' current deadline to respond to Plaintiff's Second Amended Complaint is October 10, 2025;

WHEREAS, Defendants require additional time to respond to Plaintiff's Second Amended Complaint and to prepare appropriate responses, and the parties wish to set a briefing schedule regarding Defendants' responses in the event that Defendants' responsive pleading is a motion pursuant to Federal Rule of Civil Procedure 12;

WHEREAS, the parties agree that in the event Defendants' responsive pleading is a motion pursuant to Federal Rule of Civil Procedure 12, Defendants need not file their respective answers and affirmative defenses as to those portions of Plaintiff's Second Amended Complaint that are not the subject of Defendants' motion until the Court resolves Defendants' motion; and

WHEREAS, Plaintiff and Defendants agree that in the event Defendants' responsive pleading is a motion pursuant to Federal Rule of Civil Procedure 12, the parties would benefit from additional time to prepare their respective briefs and thereby agree that good cause exists to modify the briefing schedule from the default deadlines provided by Civil Local Rule 7-3.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that:

1. Defendants shall have until October 31, 2025, to respond to Plaintiff's Second Amended Complaint;

2. In the event Defendants' responsive pleading is a motion pursuant to Federal Rule of Civil Procedure 12, Defendants need not file their respective answers and affirmative defenses as to those portions of Plaintiff's Second Amended Complaint that are not the subject of Defendants' motion until the Court resolves Defendants' motion;

3. Plaintiff shall have until November 21, 2025, to oppose or otherwise respond to Defendants' Response; and

4. Defendants shall have until December 5, 2025, to reply to Plaintiff's Response.

IT IS SO STIPULATED.

1

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The briefing schedule on Plaintiff's Second Amended Complaint is modified as follows:

1. Defendants shall have until October 31, 2025, to respond to Plaintiff's Second Amended Complaint;

2. Plaintiff shall have until November 21, 2025, to oppose or otherwise respond to Defendants' Response should Defendants' Response be a motion pursuant to Federal Rule of Civil Procedure 12; and

3. Defendants shall have until December 5, 2025, to reply to Plaintiff's Response should Defendants' Response be a motion pursuant to Federal Rule of Civil Procedure 12.

DATED: _____          _____
                                         The Honorable Noël Wise
                                         United States District Judge

1  DATED: October 9, 2025

By    /s/ *Michael Shipley*
    Michael Shipley (SBN 233674)
    KIRKLAND & ELLIS LLP
    2049 Century Park East, Suite 3700
    Los Angeles, California 90067
    Tel: (213) 680-8400
    michael.shipley@kirkland.com

    Devora W. Allon, P.C. (*Pro Hac Vice*)
    Kevin M. Neylan, Jr. (*Pro Hac Vice*)
    KIRKLAND & ELLIS LLP
    601 Lexington Avenue
    New York, NY 10022
    (212) 446 5967
    devora.allon@kirkland.com
    kevin.neylan@kirkland.com

    *Attorneys for Plaintiff*
    *Teva Pharmaceuticals USA, Inc.*

DATED: October 9, 2025

By  /s/ *Robert W. Stone*
**Q**UINN **E**MANUEL **U**RQUHART **& S**ULLIVAN**, LLP**

Robert W. Stone (Bar No. 163513)
robertstone@quinnemanuel.com
Michael D. Powell (Bar No. 202850)
mikepowell@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:   (650) 801-5000
Fax:            (650) 801-5100

Adam B. Wolfson (Bar No. 262125)
adamwolfson@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:   (415) 875-6600
Fax:            (415) 875-6700

Steig D. Olson (admitted *pro hac vice*)
steigolson@quinnemanuel.com
295 Fifth Avenue
New York, New York 10016
Telephone:   (212) 849-7000
Fax:            (212) 849-7100

*Attorneys for Defendant Corcept Therapeutics, Incorporated*

DATED:  October 9, 2025

By    /s/ *Lucas C. Wohlford*
Justin J. Fields (Bar No. 259491)
   jfields@duanemorris.com
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: +1 415 957 3000
Facsimile: +1 415 957 3001

Lucas C. Wohlford (admitted *pro hac vice*)
   lwohlford@duanemorris.com
**DUANE MORRIS LLP**
100 Crescent Court, Suite 1200
Dallas, Texas 75201
Telephone: +1 214 257 7214
Facsimile:  +1 214 853 5271

*Attorneys for Defendant Optime Care Inc.*

-7-   Case No. 5:24-cv-03567-NW
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND AND SET BRIEFING SCHEDULE

## CIVIL LOCAL RULE 5-1 ATTESTATION

I, Robert W. Stone, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the signatories listed above.

DATED: October 9, 2025

By      /s/ *Robert W. Stone*
         Robert W. Stone

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of October 2025, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System, causing it to be electronically served on all attorneys of record.

By      /s/ *Robert W. Stone*
         Robert W. Stone