UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., <br><br>Plaintiff, <br><br>v. <br><br>CORCEPT THERAPEUTICS, INC., et al., <br><br>Defendants. | Case No. 24-cv-03567-NW <br><br>**ORDER REQUESTING BRIEFING ON TEVA'S RULE 15(D) MOTION** <br><br>Re: ECF No. 155 |

The Court is in receipt of Teva Pharmaceuticals USA, Inc.'s ("Teva") motion for leave to supplement its complaint under Federal Rule of Civil Procedure 15(d) to (1) add new allegations post-dating the inception of this action, (2) name Curant Health LLC as a defendant, and (3) assert a claim alleging that the Corcept-Curant agreement is an unlawful exclusive-dealing agreement. ECF No. 155. Defendants Corcept Therapeutics, Inc. and Optime Care Inc. are ORDERED to file an opposition or a statement of nonopposition of no more than 5 pages by close of business (5:00 p.m. PT) on Wednesday, January 21, 2026. Each Defendant may file its own response. No reply shall be filed.

The February 11, 2026, motion to dismiss the second amended complaint remains as set unless and until the Court orders otherwise.

**IT IS SO ORDERED.**

Dated: January 16, 2026

Noël Wise
United States District Judge