UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., Plaintiff, v. CORCEPT THERAPEUTICS, INC., et al., Defendants. | Case No. 24-cv-03567-NW **FURTHER ORDER RE TEVA'S RULE 15(D) MOTION** Re: ECF No. 155 |

The Court is in receipt of Teva's January 14, 2026 motion for leave to amend and supplement its complaint ("Third Amended and Supplemental Complaint"), and Defendants' respective oppositions. ECF Nos. 155, 159, 160. The Court is also cognizant that Teva has filed this new motion in a case that is already nineteen months old, is set for a jury trial with attendant deadlines, and Defendants' pending October 31, 2025 motion to dismiss Teva's Second Amended Complaint is set to be heard on February 11, 2025. Given this schedule, the Court finds it prudent to provide its tentative, preliminary thinking on Teva's motion:

This case is too far along and the prejudice would be too severe to add another defendant at this stage. Additionally, the Court sees little reason to add Curant as a party to this action when the relationship between Corcept and Curant appears relatively nascent. That said, the Court recognizes that Teva's new exclusive dealing claim against Corcept (and Curant) in Teva's proposed third amended and supplemental complaint ("TASC") factually and legally resembles the antitrust claims currently before the Court. Thus, the Court sees judicial efficiency in granting leave to Teva to amend its complaint for the narrow purpose of alleging the new claim from the

TASC against Corcept alone.[1] In the event that Teva adds the new exclusive dealing claim against Corcept (as set out in the TASC), both Corcept and Optime will be permitted to file renewed motions to dismiss based on their arguments that such a claim creates an internal inconsistency in Teva's complaint (though Defendants may not renew any other arguments otherwise resolved by the Court's September 12, 2025 Order on Defendants' initial motion to dismiss Teva's complaint). Any briefing will be set on an expedited schedule and should have no effect on the current case schedule.

With the benefit of the reasoning above, Teva may wish to reconsider its current request. As the Court sees it, Teva has three options. It may:

(a) withdraw its motion for leave to file an amended and supplemental complaint in its entirety;

(b) amend its motion for leave to file an amended and supplemental complaint by removing the addition of Curant as a defendant but retaining the new claim solely against Corcept; or

(c) stand on its motion as submitted.

Teva is ORDERED to inform the Court by filing a response (not to exceed two pages) to this Order by no later than **5 p.m. PT** on **January 26, 2026,** noting which of these options it intends to pursue regarding the requested amended and supplemental complaint.

**IT IS SO ORDERED.**

Dated: January 23, 2026

Noël Wise
United States District Judge

---

[1] Nothing in this Order shall prevent Teva from filing a separate action against Curant.