UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Teva Pharmaceuticals USA, Inc.,          ,

Plaintiff(s),

v.

Corcept Therapeutics, Inc., and Optime Care, Inc.,                                    ,

Defendant(s).

Case No. 5:24-cv-03567-NW

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Dylan J. Anderson          , an active member in good standing of the bar of

Texas                                    , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: Optime Care, Inc.          in the

above-entitled action. My local co-counsel in this case is Justin J. Fields          , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California. Local co-counsel's bar number is: 259491          .

Duane Morris LLP
200 Crescent Court, Suite 900
Dallas, TX 75201
MY ADDRESS OF RECORD

Duane Morris LLP
Spear Tower, One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

+1 214 257 7228
MY TELEPHONE # OF RECORD

+1 415 957 3000
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

djanderson@duanemorris.com
MY EMAIL ADDRESS OF RECORD

jfields@duanemorris.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 24109588          .

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months

preceding this application.

<div style="text-align: left; writing-mode: vertical-rl;">United States District Court<br>Northern District of California</div>

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 13, 2026                                                     /s/ Dylan J. Anderson
                                                                                                    APPLICANT
                                                                                                    Dylan J. Anderson

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Dylan J. Anderson               is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:      April 16, 2026

UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California