UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., Plaintiff, v. CORCEPT THERAPEUTICS, INC., et al., Defendants. | Case No.  24-cv-03567-NW   (VKD) **INTERIM ORDER RE JUNE 26, 2026 DISCOVERY DISPUTE RE TEXT MESSAGES** Re: Dkt. No. 210 |

Teva[1] shall file, as a supplemental submission in connection with this dispute, complete copies of the following correspondence cited in the parties' June 26, 2026 discovery dispute letter (Dkt. No. 210):

1.  April 4, 2025 B. Pepperman email

2.  May 20, 2025 A. Garg email

3.  June 2, 2025 B. Pepperman letter

4.  June 18, 2025 B. Pepperman letter

5.  July 3, 2025 B. Pepperman letter

6.  December 5, 2025 B. Pepperman letter

The Court requests that the supplemental submission be filed no later than **July 23, 2026 at noon**.  No other correspondence may be filed.

//

//

[1] Teva shall consult with Corcept before filing to confirm that the parties agree regarding identification of the correspondence to be submitted to the Court pursuant to this order.

**IT IS SO ORDERED.**

Dated: July 22, 2026

Virginia K. DeMarchi
United States Magistrate Judge

United States District Court
Northern District of California