Michael Shipley (SBN 233674)
KIRKLAND & ELLIS LLP
2049 Century Park East
Los Angeles, California 90067
Tel: (213) 680-8400
michael.shipley@kirkland.com

Devora W. Allon, P.C. (*Pro Hac Vice*)
Kevin M. Neylan, Jr. (*Pro Hac Vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-4800
devora.allon@kirkland.com
kevin.neylan@kirkland.com

*Attorneys for Plaintiff*
*Teva Pharmaceuticals USA, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> CORCEPT THERAPEUTICS, INC., AND OPTIME CARE INC., <br><br> Defendants. | Case No: 5:24-cv-03567-NW (VKD) <br><br> **TEVA PHARMACEUTICALS USA, INC.'S SUPPLEMENTAL SUBMISSION REGARDING JUNE 26, 2026 DISCOVERY DISPUTE JOINT LETTER** <br><br> The Honorable Noël Wise |

Further to the Court's Interim Order requesting copies of certain documents referenced in the parties' June 26, 2026 discovery dispute letter (Dkt. 210), Teva submits the following documents as exhibits hereto:

1. **Exhibit A** is a true and correct copy of the April 4, 2025 B. Pepperman email.

2. **Exhibit B** is a true and correct copy of the May 20, 2025 J. Joslin email.[1]

3. **Exhibit C** is a true and correct copy of the June 2, 2025 B. Pepperman letter.

4. **Exhibit D** is a true and correct copy of the June 18, 2025 B. Pepperman letter.

5. **Exhibit E** is a true and correct copy of the July 3, 2025 B. Pepperman letter.

6. **Exhibit F** is a true and correct copy of the December 5, 2025 B. Pepperman letter.

The parties have conferred and agree that the attached documents are those identified in the Interim Order.

In its order, the Court requested the submission of specific emails dated April 4 and May 20, 2025. *See* Dkt. 214. Those emails are part of longer threads that include months of earlier communications between the parties and which cover topics in addition to those raised in the present dispute. The parties are submitting the April 4 and May 20, 2025 emails and the earlier communications in those threads. If the Court prefers, the parties will redact the earlier communications or submit excerpts at the Court's direction.

Dated: July 23, 2026

/s/ Michael Shipley
Michael Shipley
KIRKLAND & ELLIS LLP
2049 Century Park East
Los Angeles, California 90067
Tel: (213) 680-8400
michael.shipley@kirkland.com

Devora W. Allon, P.C. (*pro hac vice*)
Kevin M. Neylan, Jr. (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue

---

[1] The May 20, 2025 J. Joslin email is the document identified in Corcept's section of the discovery dispute letter as the May 20, 2025 A. Garg email.

1

New York, NY 10022
Tel: (212) 446 5967
devora.allon@kirkland.com
kevin.neylan@kirkland.com

*Attorneys for Plaintiff*
*Teva Pharmaceuticals USA, Inc.*

**TEVA'S SUPPLEMENTAL SUBMISSION**
**CASE No. 5:24-cv-03567-NW**

**CERTIFICATE OF SERVICE**

On July 23, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

Dated: July 23, 2026

/s/ Michael Shipley

Michael Shipley

**TEVA'S SUPPLEMENTAL SUBMISSION
CASE No. 5:24-cv-03567-NW**