Michael Shipley (SBN 233674)
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 2700
Los Angeles, California 90067
Tel: (213) 680-8222
michael.shipley@kirkland.com

*Attorney for Plaintiff*
*Teva Pharmaceuticals USA, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CORCEPT THERAPEUTICS, INC., AND OPTIME CARE INC.,<br><br>Defendants. | Case No: 5:24-cv-03567-NW<br><br>**~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF'S UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE OUT OF TIME ITS MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING MARKET DEFINITION**<br><br>The Honorable Noël Wise |

Having considered Teva Pharmaceuticals USA, Inc.'s Unopposed Administrative Motion For Leave To File Out Of Time Its Motion For Partial Summary Judgment Regarding Market Definition, the Court finds good cause for granting the Motion.

**IT IS SO ORDERED.**

Dated: October 13, 2026

Honorable Noël Wise
United States District Judge